Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 N. Central Ave., 17th Floor
Glendale, California 91203
Tel: 323.962.3777
Fax: 323.962.3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

Attorneys for Plaintiff
LERNA MAYS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERNA MAYS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation and DOE ONE through and including DOE ONE-HUNDRED,<br><br>Defendants. | Case No. 2:18-cv-02318-AB-KK<br>*Assigned to Hon. André Birotte Jr.*<br><br>**NOTICE OF SETTLEMENT**<br><br>**[Civil Local Rule 16-15.7]** |

PURSUANT TO CIVIL LOCAL RULE 16-15.7, Plaintiff Lerna Mays and Defendant Walmart Inc. (together the "Parties) submit notice that they have reached an agreement as to material terms for a settlement.  The Parties are in the process of documenting the settlement and anticipate needing an additional seven (7) days to finalize the settlement.

Dated: December 14, 2021          HARRIS & RUBLE

                                  By: *Alan Harris*
                                  Alan Harris
                                  Priya Mohan
                                  Attorneys for Plaintiff

Dated: December 14, 2021          OGLETREE, DEAKINS, NASH,
                                  SMOAK & STEWART, P.C.

                                  By:  */s/ Paloma P. Peracchio*
                                  Paloma P. Peracchio
                                  Mitchell Wrosch
                                  Attorneys for Defendant
                                  WALMART INC. (formerly known
                                  as Wal-Mart Stores, Inc.)

- 2 -

NOTICE OF SETTLEMENT [CIVIL LOCAL RULE 16-15.7]

1
2
3

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Paloma Peracchio, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

4
5

  Dated: December 14, 2021          HARRIS & RUBLE

6
7

By: *Alan Harris*
Alan Harris
Priya Mohan
Attorneys for Plaintiff

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -